## UNITED STATES of America, Plaintiff–Appellee,

v.

Orlando CRUZ–PAZ, a.k.a. Lazaro Benitez Cabrera, a.k.a. Lazaro Cabrera–Benitez, Defendant–Appellant.

No. 14–10500.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 18, 2015.*

Filed Nov. 23, 2015.

Christina Marie Cabanillas, Assistant U.S., United States District Court, Tucson, AZ, for Plaintiff–Appellee.

Lazaro Cabrera–Benitez, Federal Transfer Center, Oklahoma City, OK, Saul M. Huerta, The Huerta Law Office, Tucson, AZ, for Defendant–Appellant.

Orlando Cruz–Paz, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

Orlando Cruz–Paz appeals from the district court's judgment and challenges the 63–month sentence imposed on remand following his guilty-plea conviction for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Cruz–Paz's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Cruz–Paz the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

Before: TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

